IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELLIS LEATON,

        Plaintiff,

v.                                                                                    No. 09-CV 382 WPL/CG

NAVAJO REFINERY,

        Defendant.

### ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant's *Unopposed Motion to Extend Discovery Termination Deadline* ('Motion') (Doc. 64). The Court, having considered the Motion, the relevant law, and otherwise being fully advised in the premises, **FINDS** the Motion to be well-taken and will be **GRANTED**.

As per this Court's scheduling order of October 114, 2010, discovery is set to be completed on March 14, 2011. (Doc. 35). Defendant advises that Plaintiff has recently obtained new employment and that an extension of the discovery deadline is appropriate so that Defendant can obtain documentation regarding Plaintiff's new job. (Doc. 64 at 1-2). The Court finds that good cause exists to extend the discovery deadline.

**IT IS THEREFORE ORDERED** that Defendant's *Unopposed Motion to Extend Discovery Termination Deadline* (Doc. 64) is **GRANTED**.

**IT IS FURTHER ORDERED** that

1. The deadline to complete discovery shall be April 14, 2011;

2. Motions relating to discovery shall be due not later than April 21, 2011;

3. Pretrial motions, other than discovery motions, shall be due no later than May 25, 2011;

4. Plaintiff's final pretrial order to Defendant shall be due no later than July 13, 2011;

5. Defendant's final pretrial order the Court shall be due no later than July 27, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES DISTRICT JUDGE